# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2014

147854

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID WAYNE KETCHUM, JR.,
      Defendant-Appellant.

SC: 147854
COA: 313235
Saginaw CC: 10-034184-FC

_____/

      On order of the Court, the application for leave to appeal the September 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127